IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICKY FREUND,

    Plaintiff,                     JUDGMENT IN A CIVIL CASE

v.                             Case No. 12-cv-390-wmc

CAROLYN COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Ricky Freund attorney fees and expenses in the amount of $6,383.98 under the Equal Access to Justice Act.

        /s/                                           4/19/2013
Peter Oppeneer, Clerk of Court            Date